UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: EDWARDS, CHRISTA L | § Case No. 11-80573 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 09/19/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 08/15/2011    By: /s/MEGAN G. HEEG
                          Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: EDWARDS, CHRISTA L         § Case No. 11-80573
                                  §
                                  §
Debtor(s)                         §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,757.05 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 8,757.05 |
| **Balance on hand:** | $ 8,757.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,757.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,625.71 | 0.00 | 1,625.71 |
| Trustee, Expenses - MEGAN G. HEEG | 9.65 | 0.00 | 9.65 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 943.00 | 0.00 | 943.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 2.50 | 0.00 | 2.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,580.86 |
| Remaining balance: | $ 6,176.19 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   6,176.19

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   6,176.19

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 95,485.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | B-Real, LLC | 14,161.17 | 0.00 | 915.97 |
| 2 | Citibank N.A. | 31,057.98 | 0.00 | 2,008.89 |
| 3 | MarianJoy Rehab Hospital | 450.00 | 0.00 | 29.11 |
| 4 | Sallie Mae | 17,554.12 | 0.00 | 1,135.43 |
| 5 | LVNV Funding LLC its successors and assigns as | 16,020.25 | 0.00 | 1,036.22 |
| 6 | LVNV Funding LLC its successors and assigns as | 16,242.18 | 0.00 | 1,050.57 |

Total to be paid for timely general unsecured claims:   $   6,176.19
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 28,054.82 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | eCAST Settlement Corporation, assignee | 5,419.82 | 0.00 | 0.00 |
| 8 | eCAST Settlement Corporation, assignee | 11,755.73 | 0.00 | 0.00 |
| 9 | eCAST Settlement Corporation, assignee | 1,805.66 | 0.00 | 0.00 |
| 10 | eCAST Settlement Corporation, assignee | 2,597.72 | 0.00 | 0.00 |
| 11 | eCAST Settlement Corporation, assignee | 6,475.89 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/MEGAN G. HEEG
_____
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                                    Case No. 11-80573-MB
Christa L Edwards                                                         Chapter 7
           Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0752-3           User: cshabez              Page 1 of 2                    Date Rcvd: Aug 17, 2011
                               Form ID: pdf006            Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2011.
db           +Christa L Edwards,    102 Arrow Dr.,    Paw Paw, IL 61353-9531
aty          +David Gallagher,    Legal Helpers/Macey and Aleman,     233 S. Wacker,    Suite 5150,
               Chicago, IL 60606-6371
aty          +Michael J Block,    Legal Helpers,    233 S. Wacker Dr. Suite 5150,    Chicago, IL 60606-6371
16814807     +Advocate Good Shepherd Hospital,     450 West Highway 22,    Barrington, IL 60010-1999
16814808     +Advocate Health Care,    PO BOX 495972,    Chicago, IL 60649-5972
16814809     +Allied Interstate,    3000 Corporate Exchange Dr,     5th Floor,   Columbus, OH 43231-7723
16814810     +Central Dupage Hospital,    25 N Winfield Rd,    Winfield, IL 60190-1295
16814811     +Chase,   201 N. Walnut St//De1-1027,     Wilmington, DE 19801-2920
16814812     +Chela,   Attn: Bankruptcy,     Po Box 9500,   Wilkes-Barre, PA 18773-9500
16814813     +Citibank,    PO Box 769013,    San Antonio, TX 78245-9013
17039847     +Citibank N.A.,    c/o Citibank (South Dakota), N.A.,     ATTN: Claims Dept. MC 2135,
               701 E 60th Street North,    Sioux Falls, SD 57104-0432
16814814     +Citibank Sd, Na,    Attn: Centralized Bankruptcy,     Po Box 20507,   Kansas City, MO 64195-0507
16814815     +Citibank Stu,    Attn: Bankruptcy,    Po Box 6191,    Sioux Falls, SD 57117-6191
16814816     +Creditors Discount & Audit Co,     415 E Main St,    PO Box 213,   Streator, IL 61364-0213
16814817     +Creditors Interchange,    80 Holtz Drive,    Buffalo, NY 14225-1470
16814818      Creditors Interchange,    PO Box 2270,    Buffalo, NY 14240-2270
16814819     +Freedman Anselmo Lindberg & Rappe,     1807 W Diehl - Suite 333,    PO Box 3107,
               Naperville, IL 60566-7107
16814820     +ICS Collection Service,    PO Box 1010,    Tinley Park, IL 60477-9110
16814821     +Inpatient Consultants,    POBox 92934,    Los Angeles, CA 90009-2934
16814822     +JC Christensen and Associates,     POBox 519,   Sauk Rapids, MN 56379-0519
16814823     +MarianJoy Rehab Hospital,    26W171 Roosevelt Rd,     Wheaton, IL 60187-6061
16814824     +Medical Business Bureau, LLC,     PO BOX 1219,   Park Ridge, IL 60068-7219
16814825     +Medical Recovery Specialists, Inc.,     2200 E Devon Ave,    Ste 288,    Des Plaines, IL 60018-4501
16814826     +NCO Financial,    507 Prudential Rd.,    Horsham, PA 19044-2368
16814829      Pharmerica,    PO Box 6444458,    Pittsburgh, PA 15264
16814830     +Rehab Marianjoy,    102 Arrow Dr.,    Paw Paw, IL 61353-9531
16814831     +Rehabilitation Medicine Clinic,     35679 Eagle Way,    Chicago, IL 60678-1356
16814832     +Richard J. Boudreau & Associates,     5 Industrial Way,    Salem, NH 03079-4890
16814833     +Sw Stdnt Srv,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
16814834     +The University of Illinois at Chica,     3293 Paysphere Circle,    Chicago, IL 60674-0001
16814835     +UIC Pathology,    4810 Paysphere Circle,    Chicago, IL 60674-0001
16814836     +University of Illinois at Chicago,     Physician Group,    135 S LaSalle St, Box 3293,
               Chicago, IL 60674-0001
16814838     +Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16814839     +Wellington Radiology Group,     9410 Compubill Drive,    Orland Park, IL 60462-2627
17524853      eCAST Settlement Corporation,     POB 35480,   Newark NJ 07193-5480
17568105      eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,     POB 35480,
               Newark, NJ 07193-5480
17568106      eCAST Settlement Corporation, assignee,     of FIA Card Services aka Bank of America,    POB 35480,
               Newark, NJ 07193-5480
17568108      eCAST Settlement Corporation, assignee,     of GE Money Bank JC Penney Consumer,    POB 35480,
               Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: KATHY@EGBBL.COM Aug 18 2011 00:42:34     Megan G Heeg,
               Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
16994290      E-mail/PDF: BNCEmails@blinellc.com Aug 18 2011 02:52:17      B-Real, LLC,    MS 550,   PO Box 91121,
               Seattle, WA 98111-9221
17301409      E-mail/Text: resurgentbknotifications@resurgent.com Aug 18 2011 00:41:14
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank, NA,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
16814827     +E-mail/Text: ceciller_neuromed@mac.com Aug 18 2011 00:43:44      Neuromed Clinic,
               3 S. 517 Winfield Rd,   Warrenville, IL 60555-3159
16814828     +E-mail/Text: ceciller_neuromed@mac.com Aug 18 2011 00:43:44      Neuromed Clinic LLC,
               3S 517 Winfield Rd.,    Suite A,   Warrenville, IL 60555-3160
17229837     +E-mail/PDF: pa_dc_claims@salliemae.com Aug 18 2011 02:54:42      Sallie Mae,   c/o Sallie Mae Inc.,
               220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
16814837     +E-mail/Text: jherndon@uic.edu Aug 18 2011 00:45:02     University of Illinois Medical Cent,
               AT Chicago,   8332 Innovation Way,    Chicago, IL 60682-0083
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
               Dixon, IL 61021-0447
17568109*     eCAST Settlement Corporation, assignee,     of FIA Card Services aka Bank of America,    POB 35480,
               Newark, NJ 07193-5480
17568107*     eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,    POB 35480,
               Newark, NJ 07193-5480
                                                                                 TOTALS: 0, * 3, ## 0
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Aug 17, 2011
                              Form ID: pdf006            Total Noticed: 45

                ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2011**                **Signature:**       /s/ Joseph Speetjens