**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION**

In re: EDWARDS, CHRISTA L　　　　　　　　　§ Case No. 11-80573
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　MEGAN G. HEEG, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $34,538.54　　　　　<br>*(without deducting any secured claims)* | Assets Exempt:  $33,213.54 |
| Total Distribution to Claimants: $6,176.19 | Claims Discharged<br>Without Payment: $236,166.18 |
| Total Expenses of Administration: $2,580.86 | |

　　　3) Total gross receipts of $　8,757.05　 (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $　　0.00　 (see **Exhibit 2**), yielded net receipts of $8,757.05
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,580.86 | 2,580.86 | 2,580.86 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 168,886.67 | 123,540.52 | 123,540.52 | 6,176.19 |
| **TOTAL DISBURSEMENTS** | $168,886.67 | $126,121.38 | $126,121.38 | $8,757.05 |

    4) This case was originally filed under Chapter 7 on February 15, 2011. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/28/2011          By: /s/MEGAN G. HEEG
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interests in insurance policies. Name insurance | 1129-000 | 8,756.84 |
| Interest Income | 1270-000 | 0.21 |
| **TOTAL GROSS RECEIPTS** | | **$8,757.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,625.71 | 1,625.71 | 1,625.71 |
| MEGAN G. HEEG | 2200-000 | N/A | 9.65 | 9.65 | 9.65 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 943.00 | 943.00 | 943.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 2.50 | 2.50 | 2.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | 2,580.86 | 2,580.86 | 2,580.86 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | B-Real, LLC | 7100-000 | N/A | 14,161.17 | 14,161.17 | 915.97 |
| 2 | Citibank N.A. | 7100-000 | N/A | 31,057.98 | 31,057.98 | 2,008.89 |
| 3 | MarianJoy Rehab Hospital | 7100-000 | 450.00 | 450.00 | 450.00 | 29.11 |
| 4 | Sallie Mae | 7100-000 | N/A | 17,554.12 | 17,554.12 | 1,135.43 |
| 5 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 16,020.25 | 16,020.25 | 1,036.22 |
| 6 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 16,242.18 | 16,242.18 | 1,050.57 |
| 7 | eCAST Settlement Corporation, assignee | 7200-000 | 5,419.82 | 5,419.82 | 5,419.82 | 0.00 |
| 8 | eCAST Settlement Corporation, assignee | 7200-000 | 11,756.00 | 11,755.73 | 11,755.73 | 0.00 |
| 9 | eCAST Settlement Corporation, assignee | 7200-000 | 1,806.00 | 1,805.66 | 1,805.66 | 0.00 |
| 10 | eCAST Settlement Corporation, assignee | 7200-000 | 2,598.00 | 2,597.72 | 2,597.72 | 0.00 |
| 11 | eCAST Settlement Corporation, assignee | 7200-000 | 28,055.00 | 6,475.89 | 6,475.89 | 0.00 |
| NOTFILED | Neuromed Clinic | 7100-000 | 5.00 | N/A | N/A | 0.00 |
| NOTFILED | Pharmerica | 7100-000 | 1,204.00 | N/A | N/A | 0.00 |
| NOTFILED | Neuromed Clinic LLC | 7100-000 | 57.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | NCO Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JC Christensen and Associates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Business Bureau, LLC | 7100-000 | 1,505.00 | N/A | N/A | 0.00 |
| NOTFILED | Rehab Marianjoy | 7100-000 | 1,478.57 | N/A | N/A | 0.00 |
| NOTFILED | Medical Recovery Specialists, Inc. | 7100-000 | 1,093.00 | N/A | N/A | 0.00 |
| NOTFILED | Sw Stdnt Srv | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | University of Illinois Medical Cent AT Chicago | 7100-000 | 2,938.42 | N/A | N/A | 0.00 |
| NOTFILED | Wellington Radiology Group | 7100-000 | 97.00 | N/A | N/A | 0.00 |
| NOTFILED | Unvl/citi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | University of Illinois at Chicago Physician Group | 7100-000 | 2,486.42 | N/A | N/A | 0.00 |
| NOTFILED | UIC Pathology | 7100-000 | 1,270.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard J. Boudreau & Associates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The University of Illinois at Chica | 7100-000 | 713.00 | N/A | N/A | 0.00 |
| NOTFILED | ICS Collection Service | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Rehabilitation Medicine Clinic | 7100-000 | 115.00 | N/A | N/A | 0.00 |
| NOTFILED | Inpatient Consultants | 7100-000 | 558.00 | N/A | N/A | 0.00 |
| NOTFILED | Central Dupage Hospital | 7100-000 | 1,479.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Health Care | 7100-000 | 993.00 | N/A | N/A | 0.00 |
| NOTFILED | ICS Collection Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chela | 7100-000 | 16,534.62 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Interchange | 7100-000 | 28,055.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Stu | 7100-000 | 21,824.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Interchange | 7100-000 | 5,419.82 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Interchange | 7100-000 | 11,756.00 | N/A | N/A | 0.00 |
| NOTFILED | Freedman Anselmo Lindberg & Rappe | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Interchange | 7100-000 | 6,476.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Discount & Audit Co | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Interchange | 7100-000 | 1,806.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Stu | 7100-000 | 8,280.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Interchange | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Interchange | 7100-000 | 2,598.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | 168,886.67 | 123,540.52 | 123,540.52 | 6,176.19 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80573  **Trustee:** (330490) MEGAN G. HEEG
**Case Name:** EDWARDS, CHRISTA L  **Filed (f) or Converted (c):** 02/15/11 (f)
  **§341(a) Meeting Date:** 03/11/11
**Period Ending:** 12/28/11  **Claims Bar Date:** 06/15/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking, savings or other financial accounts, c | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Household goods and furnishings, including audio | 750.00 | 0.00 | DA | 0.00 | FA |
| 3 | Books, pictures and other art objects, antiques, | 400.00 | 0.00 | DA | 0.00 | FA |
| 4 | Interests in insurance policies. Name insurance | 8,777.15 | 8,756.84 | | 8,756.84 | FA |
| 5 | Interests in insurance policies. Name insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Interests in IRA, ERISA, Keogh, or other pension | 19,413.54 | 0.00 | DA | 0.00 | FA |
| 7 | Other liquidated debts owing debtor including ta | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Automobiles, trucks, trailers and other vehicles | 6,975.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.21 | FA |
| 9 | Assets Totals (Excluding unknown values) | **$43,315.69** | **$8,756.84** | | **$8,757.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   November 15, 2011   **Current Projected Date Of Final Report (TFR):**   August 15, 2011  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-80573
**Case Name:** EDWARDS, CHRISTA L

**Taxpayer ID #:** **-***3726
**Period Ending:** 12/28/11

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******87-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/19/11 | {4} | Christa Edwards | part of the interest in ins. policies | 1129-000 | 956.84 | | 956.84 |
| 04/19/11 | {4} | Christa Edwards | part of the interest in ins. policies | 1129-000 | 7,800.00 | | 8,756.84 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 8,756.85 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,756.92 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,756.99 |
| 07/25/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.06 | | 8,757.05 |
| 07/25/11 | | To Account #9200******8766 | prepare final report | 9999-000 | | 8,757.05 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,757.05 | 8,757.05 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 8,757.05 | |
| | | | **Subtotal** | | 8,757.05 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,757.05** | **$0.00** | |

{} Asset reference(s)

Printed: 12/28/2011 02:03 PM  V.12.57

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 11-80573 | **Trustee:** | MEGAN G. HEEG (330490) |
| **Case Name:** | EDWARDS, CHRISTA L | **Bank Name:** | The Bank of New York Mellon |
| | | **Account:** | 9200-******87-66 - Checking Account |
| **Taxpayer ID #:** | **-***3726 | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 12/28/11 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/25/11 | | From Account #9200******8765 | prepare final report | 9999-000 | 8,757.05 | | 8,757.05 |
| 10/04/11 | 101 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $943.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 943.00 | 7,814.05 |
| 10/04/11 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $2.50, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 2.50 | 7,811.55 |
| 10/04/11 | 103 | B-Real, LLC | Dividend paid  6.46% on $14,161.17; Claim# 1; Filed: $14,161.17; Reference: | 7100-000 | | 915.97 | 6,895.58 |
| 10/04/11 | 104 | Citibank N.A. | Dividend paid  6.46% on $31,057.98; Claim# 2; Filed: $31,057.98; Reference: | 7100-000 | | 2,008.89 | 4,886.69 |
| 10/04/11 | 105 | MarianJoy Rehab Hospital | Dividend paid  6.46% on $450.00; Claim# 3; Filed: $450.00; Reference: XXXXX0980 | 7100-000 | | 29.11 | 4,857.58 |
| 10/04/11 | 106 | Sallie Mae | Dividend paid  6.46% on $17,554.12; Claim# 4; Filed: $17,554.12; Reference: | 7100-000 | | 1,135.43 | 3,722.15 |
| 10/04/11 | 107 | LVNV Funding LLC its successors and assigns as | Dividend paid  6.46% on $16,020.25; Claim# 5; Filed: $16,020.25; Reference: | 7100-000 | | 1,036.22 | 2,685.93 |
| 10/04/11 | 108 | LVNV Funding LLC its successors and assigns as | Dividend paid  6.46% on $16,242.18; Claim# 6; Filed: $16,242.18; Reference: | 7100-000 | | 1,050.57 | 1,635.36 |
| 10/04/11 | 109 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,635.36 | 0.00 |
| | | | Dividend paid 100.00% on $1,625.71;  Claim# ; Filed: $1,625.71 | 2100-000 | 1,625.71 | | 0.00 |
| | | | Dividend paid 100.00% on $9.65;  Claim# ; Filed: $9.65 | 2200-000 | 9.65 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,757.05 | 8,757.05 | $0.00 |
| | | | Less: Bank Transfers | | 8,757.05 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 8,757.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$8,757.05** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-80573  
**Case Name:** EDWARDS, CHRISTA L

**Taxpayer ID #:** **-***3726  
**Period Ending:** 12/28/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******87-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******87-65** | **8,757.05** | **0.00** | **0.00** |
| **Checking # 9200-******87-66** | **0.00** | **8,757.05** | **0.00** |
| | **$8,757.05** | **$8,757.05** | **$0.00** |